■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RANDELL T., Appellant. [992 NYS2d 890]—Judgment, Supreme Court, New York County (Analisa Torres, J.), rendered May 11, 2011, convicting defendant, upon his plea of guilty, of robbery in the second degree, and sentencing him to a term of 3½ years followed by three years' postrelease supervision, unanimously modified, as a matter of discretion in the interest of justice, to the extent of vacating the conviction, adjudicating defendant a youthful offender, and reducing the sentence to a term of 1⅓ to 4 years, and otherwise affirmed.

In light of defendant's age and limited prior juvenile or crimi-

nal record at the time of the incident, we exercise our discretion to modify the sentence to the extent indicated. Under the circumstances of this case, including the fact that the presentence report recommended youthful offender adjudication, we find that "the interest of justice would be served by relieving [defendant] from the onus of a criminal record" (CPL 720.20 [1] [a]; *see People v Kwame S.*, 95 AD3d 664 [1st Dept 2012]). Concur—Mazzarelli, J.P., Renwick, Andrias, Richter and Feinman, JJ.